| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br>FERNANDEZ, FERDINAND F. | 2. Court or Organization<br>NINTH CIRCUIT COURT OF APPEALS | 3. Date of Report<br>4/5/08 |
|---|---|---|

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. CIRCUIT JUDGE - SENIOR

**5a. Report Type** (check appropriate type)

☐ Nomination, Date
☐ Initial  ☒ Annual  ☐ Final

**5b.** ☐ Amended Report

**6. Reporting Period**

1/1/07 to 12/31/07

**7. Chambers or Office Address**

125 SO. GRAND AVE
PASADENA, CA 91105

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE  2008 APR 21 A 10:05  RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ , FERDINAND F | 4/5/08 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | CHAFFEY COLLEGE |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F. | 4/5/08 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. West Publishing Co | Books | $ 685.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☒  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F. | 4/5/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accts at Pomona First Federal Bank | B | Int. | L | T | | | | | |
| 2. Accts at Wells Fargo Bank | C | Int. | L | T | | | | | |
| 3. Accts at Washington Mutual Bank | D | Int | M | T | | | | | |
| 4. Accts. at Bank of America | D | Int | L | T | | | | | |
| 5. Accts at Downey Savings | D | Int | M | T | ▮▮▮ | ▮▮ | ▮▮ | · | |
| 6. Accts at World Savings | | | | | Withdraw | 12/31 | L | A | |
| 7. Accts. at Community Bank | C | Int. | M | T | | | | | |
| 8. Acct at Vineyard Bank | D | Int | M | T | | | | | |
| 9. Acct at Wachovia Bank | D | Int | L | T | | | | | |
| 10. Accts at Pacific Western Bank | C | Int | M | T | | | | | |
| 11. Accts at US Bank | C | Int | M | T | | | | | |
| 12. Acct at Community Commerce Bank | A | Int | L | T | | | | | |
| 13. Acct at Franklin Bank | None | | L | T | | | | | |
| 14. Acct at Capmark Bank | None | | L | T | | | | | |
| 15. Am Fund Small Cap World Cl. A | A | Div | J | T | | | | | |
| 16. Am Fund Cap Income Builder Cl. A | A | DIV | K | T | Partial Sell | 6/14 | K | D | |
| 17. Am Fund New Economy Cl A | A | DIV | J | T | Partial sale | 6/14 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 4/5/08 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Income Fund of America Cl. A | A | Div | J | T | Partial sale | 6/14 | K | C | |
| 19. Am Cap. Fund Cl. A | A | DIV | J | T | Partial sale | 10/18 | K | B | |
| 20. Am Balanced Fund Cl. A | A | Div | J | T | Partial sale | 10/18 | K | A | |
| 21. Cap World Growth Fund Cl A | A | Div | K | T | | | | | |
| 22. Euro Pacific Growth Fund Cl. A | A | Div | K | T | | | | | |
| 23. Growth Fund of America Cl. A | A | Div | K | T | Partial sale | 6/14 | K | D | |
| 24. Inv. Co of America Cl. A | A | Div | J | T | Partial sale | 10/18 | K | A | |
| 25. New World Fund Cl. A | A | Int | K | T | | | | | |
| 26. US. T Bills | B | Int | K | T | | | | | |
| 27. US T Bills | C | Int | L | T | | | | | |
| 28. UST Bills | A | Int | | | Redempt | 9/20 | J | A | |
| 29. UST Bills | A | Int | | | Redempt | 7/19 | J | A | |
| 30. UST Bills | A | Int | | | Redempt | 8/30 | J | A | |
| 31. UST Bills | A | Int | | | Redempt | 12/20 | J | A | |
| 32. UST Bills | A | Int | K | T | | | | | |
| 33. UST Bills | B | Int | K | T | | | | | |
| 34. UST Bills | A | Int | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 4/5/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UST Bills | B | Int | K | T | | | | | |
| 36. UST Bills | A | Int | K | T | | | | | |
| 37. UST Bills | B | Int. | K | T | | | | | |
| 38. UST Bills | D | Int | N | T | | | | | |
| 39. UST Bills | C | Int | L | T | | | | | |
| 40. UST Bills | C | Int | L | T | | | | | |
| 41. Trust #1: Income (Items 42-54); Beneficiary | | | | | | | | | |
| 42. (a) Wells Fargo. Trustee | | | | | | | | | |
| 43. (i) Wells Fargo Comm Trust Funds + Cash | C | Div/Int | M | T | | | | | |
| 44. (ii) I shares MSCI Emerging Mkts | A | DIV | J | T | Partial Sales | 6/20 / 11/20 | J / J | A / A | |
| 45. (iii) Pimco Commod. Strategy Fund Cl. I #45 | A | DIV | J | T | Purchases | 4/25 / 6/20 | J / J | — / — | |
| 46. (iii) ,, | | | | | Partial Sales | 9/19 / 11/20 | J / J | A / A | |
| 47. (iv) Vanguard REIT Viper | A | Div | J | T | Partial sale / Purchase | 4/24 / 6/20 | J / J | A / — | |
| 48. ,, | | | | | ,, / ,, | 9/19 / 11/20 | J / J | — / — | |
| 49. (v) I Shares Tr 1-3 Treasury | B | Div. | K | T | Purchase | 12/27 | K | — | |
| 50. (vi) Templeton Global Bond Fund 616 | A | DIV. | J | T | Purchase | 11/20 | J | — | |
| 51. (vii) S&D Depository Receipts | A | Div | J | T | Purchase | 12/27 | J | — | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, FERDINAND F | 4/5/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.(viii) SPDR D.J. Wilshire Int'l | None | None | | | Purchase | 4/25 | J | — | |
| 53. " " | | | | | Sold | 9/19 | J | A | |
| | | | | | | 9/19 | J | A | |
| 54. (b) Real Property in Clifton, AZ (Trustee Unit) | None | | J | W | | | | | |
| 55. IRA (Items 56-65) | | | | | | | | | |
| 56. Select Note Trust Sec. LT#5 | A | Int. | J | T | | | | | |
| 57. GNMA Pool Certs. | A | Int | J | T | | | | | |
| 58. Cap. Income Builder Cl. A | B | Div. | K | T | | | | | |
| 59. Growth Fund of America Cl. A | A | Div. | K | T | | | | | |
| 60. Income Fund of America Cl. A | A | Div. | K | T | | | | | |
| 61. Van Kampen Comstock Fund Cl. A | A | Div | J | T | Partial Sale | 10/18 | K | D | |
| 62. Van Kampen Enterprise Fund Cl. A | A | Div | J | T | Partial Sale | 10/18 | J | C | |
| 63. Van Kampen Pace Fund Cl. A | A | Div | K | T | | | | | |
| 64. Van Kampen Real Estate Sec Fund Cl. A | A | Div | K | T | | | | | |
| 65. Washington Mutual Invest. Fund Cl. A | A | Div | K | T | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 4/5/08 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 4/5/08 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

5/28/08

CHAMBERS OF
FERDINAND F. FERNANDEZ
UNITED STATES CIRCUIT JUDGE

Financial Disclosure Report for
Calendar Year 2007

The following are additions to my
report dated 4/5/08 for the period
1/1/07 - 12/31/07:

(a) Part VII, page 4, line 6: Item B(1) = C;
Item B(2) = Int.

(b) Part VII, page 4, line 12: Item D(1) = Open;
Item D(2) = 12/8/07; Item D(3) = L.

(c) Part VII, page 4, line 13: Item D(1) = Open;
Item D(2) = 10/19/07; Item D(3) = L.

(d) Part VII, page 4, line 14: Item D(1) = Open;
Item D(2) = 6/15/07; Item D(3) = L.

(e) Part VII, page 5, lines 21, 22, 23, 24 and 25:
Each of these funds is part of the
American Funds family.

RECEIVED
2008 JUN -3 A 10: 54
FINANCIAL
DISCLOSURE OFFICE





# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### 312 NORTH SPRING STREET
### LOS ANGELES, CALIFORNIA 90012

**CHAMBERS OF**
**VALERIE BAKER FAIRBANK**
**UNITED STATES DISTRICTJUDGE**

TEL (213) 894-0006

June 4, 2008

Judge Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: **Calendar Year 2007 Filing**

Dear Judge Smith:

Thank you for your May 23, 2008 letter. I am amending my 2007 Financial Disclosure Report as follows:

1. Part VII, page 6, line 38: The TIAA-Cref asset, which was received as an inheritance by ███████, was inadvertently omitted from my 2006 Financial Disclosure Report. (The 2006 Financial Disclosure Report is hereby amended to reflect this.)

2. Part VII, page 6, lines 43-45: Schwab S&P 500 Index Fund and Schwab 1000 Index Fund) were purchased from funds in ███████ Schwab Money Market account during 2007. Thus, my 2007 Financial Disclosure Report should be amended as follows:

| | Amount Code | Type | Value Code 2 | Value Method | Type | Date | Value Code 2 | Gain Code 1 | Identity of buyer/seller |
|---|---|---|---|---|---|---|---|---|---|
| 43. Schwab Money Market | D | Dividend | M | T | Redemption | 12/20/07 | M | | |
| 44. Schwab S&P Index Fund | A | Dividend | L | T | Buy | 12/20/07 | K | | |
| 45. Schwab 1000 Index Fund | A | Dividend | L | T | Buy | 12/20/07 | K | | |

2008 JUN 13 A 10: 45
FINANCIAL DISCLOSURE OFFICE
RECEIVED

If you have any further questions or comments, please don't hesitate to contact me.

Very truly yours,

